BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In re:                                             )
                                                   )   MDL Docket No.
EQUIFAX, INC. DATA BREACH   )
LITIGATION                                 )
                                                   )

**PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN
DISTRICT OF GEORGIA AND FOR CONSOLIDATION
PURSUANT TO 28 U.S.C. § 1407**

James McGonnigal and Brian F. Spector, Plaintiffs in the case styled *McGonnigal, et al. v. Equifax, Inc.*, U.S. District Court for the Northern District of Georgia, Case No. 1:17-cv-03422, and Randolph Jefferson Cary III, William R. Porter, and Robin D. Porter, Plaintiffs in the case styled *Cary III, et al. v. Equifax, Inc.*, U.S. District Court for the Northern District of Georgia, Temporary Case No. 1:17-mi-99999-UNA, hereby jointly move for an Order for transfer and consolidation pursuant to 28 U.S.C. § 1407 for the civil actions listed in the Schedule of Actions filed concurrently herewith.

For the reasons set forth herein and in Plaintiffs' accompanying Memorandum in Support, Plaintiffs respectfully request the Panel to issue an Order transferring the 22 actions listed in the accompanying Schedule of Actions, as well as all subsequently filed related actions, to the U.S. District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings.

Dated: September 11, 2017

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

/s/ Norman E. Siegel
Norman E. Siegel (Missouri Bar No. 44378)
Barrett J. Vahle (Missouri Bar No. 56674)

J. Austin Moore (Missouri Bar No. 64040)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com

*Counsel for Plaintiffs Randolph Jefferson Cary III, William R. Porter, and Robin D. Porter*

**MORGAN& MORGAN COMPLEX LITIGATION GROUP**

/s/ John A. Yanchunis
John A. Yanchunis (Florida Bar No. 324681)
Marisa Glassman (Florida Bar No. 0111991)
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: (813) 223-5505
Fax: (813) 223-5402
jyanchunis@forthepeople.com
mglassman@forthepeople.com

*Counsel for Plaintiffs James McGonnigal and Brian F. Spector*

**THE BARNES LAW GROUP, LLC**

/s/ Roy E. Barnes
Roy E. Barnes (Georgia Bar No. 039000)
John R. Bevis (Georgia Bar No. 056110)
J. Cameron Tribble (Georgia Bar No. 754759)
31 Atlanta Street
Marietta, Georgia 30060
Tel.: (770) 419-8505
Fax: (770) 590-8958
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com

*Counsel for Plaintiffs James McGonnigal, Brian F. Spector, Randolph Jefferson Cary III, William R. Porter, and Robin D. Porter*