BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:

EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION

MDL No. 2800

**CORRECTED SCHEDULE OF ACTIONS**

| NO. | CAPTION | CIVIL ACTION NO. | DISTRICT COURT | JUDGE |
|---|---|---|---|---|
| 1. | Joseph Kuss and Stacy Markowitz v. Equifax, Inc. | 1:17-cv-03436 | N.D. GA (Atlanta) | unassigned |
| 2. | Randall Collins v. Equifax, Inc. | 8:17-cv-01561 | C.D. Cal. (Southern Div. - Santa Ana) | unassigned |
| 3. | Patrick Barker v. Equifax, Inc. | 8:17-cv-01560 | C.D. Cal. (Southern Div. - Santa Ana) | unassigned |
| 4. | Sheena Raffin v. Equifax, Inc. | 2:17-cv-06620 | C.D. Cal. (Western Div. – Los Angeles) | Hon. John A. Kronstadt |
| 5. | Samuel Bandoh-Aidoo v. Equifax, Inc. | 2:17-cv-06658 | C.D. Cal. (Western Div. – Los Angeles) | unassigned |
| 6. | Grant Avise v. Equifax, Inc. | 8:17-cv-01563 | C.D. Cal. (Southern Div. - Santa Ana) | unassigned |
| 7. | Henan Louis Joof and Akop Sogomonyan v. Equifax, Inc. | 2:17-cv-06659 | C.D. Cal. (Western Div. – Los Angeles) | unassigned |
| 8. | Jason Morris v. Equifax, Inc. | 1:17-cv-02178 | D. Colo. (Denver) | unassigned |
| 9. | Rodd Santamauro v. Equifax, Inc. | 1:17-cv-01852 | D. D.C. | unassigned |
| 10. | Aaron House v. Equifax Inc. | 2:17-cv-02523 | D. Kans. (Kansas City) | Hon. Carlos Murguia |
| 11. | Margaret Amadick, Jeannie Ball, Jennifer Ball, Thomas Greenwood, Robert Roehl, Constance | 0:17-cv-04196 | D. Minn. | Hon. Paul A. Magnuson |

|  | | | | |
|---|---|---|---|---|
|  | Zasada and Theodore Zasada v. Equifax Information Services, LLC | | | |
| 12. | Christopher J. Kendall v. Equifax Information Services, LLC | 1:17-cv-06922 | D. N.J. (Camden) | unassigned |
| 13. | Maura Dowgin v. Equifax, Inc. | 1:17-cv-06923 | D. N.J. (Camden) | unassigned |
| 14. | Terrance Knepper v. Equifax Information Services, LLC | 2:17-cv-02368 | D. Nev. (Las Vegas) | Hon. Carl W. Hoffman |
| 15. | Richard McCall v. Equifax Information Services, LLC | 2:17-cv-02367 | D. Nev. (Las Vegas) | Hon. James C. Mahan |
| 16. | Mary McHill and Brook Reinhard v. Equifax Inc. | 3:17-cv-01405 | D. Or. (Portland) | Hon. Anna J. Brown |
| 17. | Terry Myers, Sr. and Charles O'Neal v. Equifax, Inc. | 2:17-cv-01878 | E.D. Cal. (Sacramento) | Hon. John A. Mendez |
| 18. | David Waterstram Miller, Valorie Anne Smart and Angela Lynn Miller v. Equifax, Inc. and Equifax Information Services LLC | 2:17-cv-01872 | E.D. Cal. (Sacramento) | Hon. Kimberly J. Mueller |
| 19. | Andrew Cherney and Jack Cherney v. Equifax, Inc. | 2:17-cv-12966 | E.D. Mich. (Detroit) | Hon. Sean F. Cox |
| 20. | Josh Grossberg and Lisa Olivo v. Equifax Inc. | 1:17-cv-05280 | E.D.N.Y. (Brooklyn) | unassigned |
| 21. | Nikolaos C. Pantaze v. Equifax Information Services LLC | 2:17-cv-01530 | N.D. Ala. (Southern) | Hon. Madeline Hughes Haikala |
| 22. | Dan Alexander v. Equifax, Inc. | 4:17-cv-05230 | N.D. Cal. (Oakland) | Hon. Kandis A. Westmore |
| 23. | Richard Spicer and Julia Gutierrez v. Equifax Inc. and TrustedID Inc. | 5:17-cv-05228 | N.D. Cal. (San Jose) | Hon. Beth Labson Freeman |
| 24. | James McGonnigal and Brian F. Spector v. Equifax, Inc. | 1:17-cv-03422 | N.D. Ga. (Atlanta) | Hon William S. Duffey, Jr |
| 25. | Sean Neilan v. Equifax, Inc. | 1:17-cv-06508 | N.D. Ill. (Chicago) | Hon. Sara L. Ellis |
| 26. | Dan Lang and Russell Pantek v. Equifax Information Services, LLC | 1:17-cv-06519 | N.D. Ill. (Chicago) | Hon. Harry D. Leinenweber |

| | | | | |
|---|---|---|---|---|
| 27. | Mikayla Dawn Bahnmaier v. Equifax, Inc | 4:17-cv-00512 | N.D. Okla. (Tulsa) | Hon. Claire V. Eagan |
| 28. | Justin King v. Equifax, Inc. | 1:17-cv-03157 | S.D. Ind. (Indianapolis) | Hon. Jane Magnus-Stinson |
| 29. | Joshua Gerstein and Charles Stimac, Jr. v. Equifax Information Services LLC | 1:17-cv-00593 | S.D. Oh. (Cincinnati) | Hon. Michael R. Barrett |
| 30. | Jessica Krawcyk v. Equifax Inc. | 4:17-cv-00760 | W.D. Mo. (Kansas City) | Hon. Fernando J. Gaitan, Jr. |
| 31. | Michelle E. Austin v. Equifax, Inc. and Equifax Credit Information Services, Inc. | 2:17-cv-04045 | E.D. Pa. (Philadelphia) | Hon. Legrome D. Davis |
| 32. | Tom Partridge, Zane L. Christensen, Jennifer J. Christensen, Zachary A. Christensen and Cameron Christensen v. Equifax and Equifax Information Services | 2:17-cv-01017 | D. Utah (Central) | Hon. Dustin B. Pead |
| 33. | Jodie Pavitt, Jennifer Mertlich and Simon Kaufman v. Equifax Inc. | 2:17-cv-01363 | W.D. Wash. (Seattle) | unassigned |
| 34. | Caralyn Tada, Craig Nowinsky and Lori Pobiner v. Equifax, Inc. | 2:17-cv-06666 | C.D. Cal. (Western Div. – Los Angeles) | unassigned |
| 35. | Philip Cole v. Equifax Inc. | 1:17-cv-11712 | D. Mass. (Boston) | Hon. Richard G. Stearns |
| | Peggy Christen and Joseph Coughlin v. Equifax, Inc. | 1:17-cv-06951 | D. NJ (Camden) | Unassigned |

Dated: September 13, 2017                               Respectfully submitted,

                 **CHIMICLES & TIKELLIS LLP**

              By: */s/ Steven A. Schwartz*
                 Steven A. Schwartz
                 Benjamin F. Johns
                 CHIMICLES & TIKELLIS LLP
                 361 West Lancaster Avenue
                 Haverford, PA 19041
                 Telephone: (610) 642-8500
                 Facsimile: (610) 649-3633
                 Email: sas@chimicles.com
                 Email: bfj@chimicles.com

                 **GRIFFIN & STRONG, P.C.**
                 Rodney K. Strong
                 GA Bar No. 688730
                 David J. Maher
                 GA Bar No. 485370
                 235 Peachtree Street, N.E.
                 Suite 400
                 Atlanta, Georgia 30303
                 (404)-584-9777 (phone)
                 (678)-960-7861 (fax)
                 Email: Rodney@gspclaw.com
                    david@gspclaw.com