BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC. CUSTOMER
DATA SECURITY BREACH LITIGATION

MDL DOCKET NO. 2800

**MOTION OF PLAINTIFF BARBARA HENSLEY FOR TRANSFER OF RELATED ACTIONS TO THE EASTERN DISTRICT OF PENNSYLVANIA FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Barbara Hensley, Plaintiff in *Hensley v. Equifax, Inc. and Equifax Information Services LLC*, C.A. No. 5:17-cv-04105 (E.D. Pa.) hereby moves for an Order for transfer and coordination or consolidation pursuant to 28 U.S.C. § 1407 for the civil actions listed in the attached Schedule of Actions.

For the reasons set forth in Plaintiff's accompanying Memorandum in Support, Plaintiff respectfully requests the Panel issue an order transferring the actions listed on the Schedule of Actions, as well as all subsequently filed related actions, to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings.

Dated: September 14, 2017

Respectfully submitted,

NASTLAW LLC

By: /s/ Dianne M. Nast
Dianne M. Nast

Dianne M. Nast (PA Bar No. 24424)
1101 Market Street
Suite 2801
Philadelphia, PA 19107
215-923-9300
215-923-9302 (facsimile)
dnast@nastlaw.com

*Counsel for Plaintiff Barbara Hensley*