**SWD** **SACKS WESTON DIAMOND, LLC**

ATTORNEYS *and* COUNSELORS *at* LAW

1845 Walnut Street, *Suite 1600* | Philadelphia, PA 19103
*phone*: 215.925.8200

**www.sackslaw.com**
*jweston@sackslaw.com*

September 18, 2017

Clerk
Judicial Panel on Multidistrict Litigation

  Re:   *In re: Equifax, Inc. Customer Data Security Breach Litigation*, MDL 2800
          Interested Party Response of David Caplan, ECF No. 37

Dear Sir/Ms.,

     Please withdraw David Caplan's filings ECF No. 26 and ECF No. 36.

     Thank you.

                  Very truly yours,

                  s/ John K. Weston

                  John K. Weston
                  Attorney for David Caplan

JKW:jw

Andrew B. Sacks
John K. Weston
Scott E. Diamond †∆•

Jesse M. Cohen †
Jeremy E. Abay †
D. Alexander Latanision †
Michael Gersie †

† *Admitted to PA & NJ Bars*
∆ *LL.M. in Trial Advocacy*

• *Certified by the Supreme Court of New Jersey and NBTA as a Civil Trial Attorney*

### BEFORE THE UNITED STATES JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION

**In re: EQUIFAX, INC., CUSTOMER DATA**
**SECURITY BREACH LITIGATION**                    **MDL Docket No. 2800**

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing was served by Email or First Class Mail (as noted) on September 18, 2017, to the parties as listed on the subsequent pages.

s/ John K. Weston

### TO BE NOTICED VIA U.S. MAIL

| | |
|---|---|
| Equifax, Inc.<br>1550 Peachtree Street, N.W. Atlanta, GA 30309 | Equifax Credit Information Services, Inc.<br>P.O. Box 740214 Atlanta, GA 30374 |
| Equifax Information Services, LLC<br>1550 Peachtree Street, N.W. Atlanta, GA 30309 | TrustedID Inc.<br>101 University Avenue, #400<br>Palo Alto, CA 94301-1638 |
| Equifax Consumer Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30348 | Equifax Information Solutions, Inc.<br>1550 Peachtree Street, N.W.<br>Atlanta, GA 30309 |
| Clerk of the Court<br>United States District Court for the District of Colorado<br>901 Nineteenth Street<br>Denver, CO 80294 | Clerk of the Court<br>United States District Court for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 |

| | |
|---|---|
| Clerk of the Court<br>United States District Court for the<br>  District of Kansas<br>500 State Avenue Kansas<br>City, KS 66101 | Clerk of the Court<br>United States District Court for the<br>  District of Minnesota<br>316 North Robert Street<br>100 Federal Building St.<br>Paul, MN  55101 |
| Clerk of the Court<br>United States District Court for the<br>  District of New Jersey<br>Mitchell H. Cohen Bldg. & U.S.<br>Courthouse<br>4th & Cooper Streets, Room 1050<br>Camden, NJ 08101 | Clerk of the Court<br>United States District Court for the<br>  District of Nevada<br>Lloyd D. George U.S. Courthouse 333<br>Las Vegas Boulevard<br>South Las Vegas, NV 89101 |
| Clerk of the Court<br>  United States District Court for the<br>  District of Oregon<br>Mark O. Hatfield U.S. Courthouse<br>1000 S.W. Third Ave.<br>Portland, OR 97204 | Clerk of the Court<br>United States District Court for the<br>  Eastern District of California<br>Robert T. Matsui Federal Courthouse 501 I<br>Street, Room 4-200<br>Sacramento, CA 95814 |
| Clerk of the Court<br>United States District Court for the<br>  Eastern District of Michigan<br>Theodore Levin U.S. Courthouse 231<br>W. Lafayette Boulevard Detroit, MI<br>48226 | Clerk of the Court<br>United States District Court for the<br>  Eastern District of New York<br>225 Cadman Plaza<br>East Brooklyn, NY 11201 |
| Clerk of the Court<br>  United States District Court for the<br>  Northern District of Alabama<br>Tuscaloosa Federal Building &<br>Courthouse<br>2005 University Boulevard<br>Tuscaloosa, AL 35401 | Clerk of the Court<br>  United States District Court for the<br>  Northern District of California Phillip<br>    Burton Federal Building and<br>    U.S. Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

| | |
|---|---|
| Clerk of the Court<br>    United States District Court for the<br> Northern District of California Robert P.<br>        Peckham Federal Building<br>and U.S. Courthouse<br>280 South First Street, Room 2112 San<br>Jose, CA 95113 | Clerk of the Court<br>  United States District Court for the<br>    Northern District of Illinois<br>Everett McKinley Dirksen U.S.<br>Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 |
| Clerk of the Court<br>United States District Court for the Northern<br>    District of Oklahoma<br>Page Belcher Federal Building 333<br>W. 4th Street, Room 411<br>Tulsa, OK 74103 | Clerk of the Court<br>United States District Court for the<br>    District of New Jersey<br>Martin Luther King Bldg. & U.S.<br>Courthouse<br>50 Walnut Street<br>Newark, NJ 07101 |
| Clerk of the Court<br>United States District Court for the<br>    Southern District of Ohio<br>Potter Stewart U.S. Courthouse, Room 103<br>100 East Fifth Street<br>Cincinnati, OH 45202 | Clerk of the Court<br>United States District Court for the<br>    Western District of Missouri<br>Charles Evans Whittaker U.S.<br>Courthouse<br>400 E. Ninth Street Kansas<br>City, MO 64106 |
| Clerk of the Court<br>United States District Court for the<br>  Eastern District of Pennsylvania<br>601 Market Street, #2609<br>Philadelphia, PA 19106 | Clerk of the Court<br>United States District Court for the<br>    District of Utah<br>351 South West Temple Avenue Salt<br>Lake City, UT 84101 |
| Clerk of the Court<br>United States District Court for the<br>    Western District of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA  98101 | Clerk of the Court<br>United States District Court for the<br>    District of Massachusetts<br>1 Courthouse Way, Suite 2300<br>Boston, MA 02210 |

| | |
|---|---|
| Clerk of the Court<br>United States District Court for the<br>   Southern District of Indiana<br>Birch Bayh Federal Bldg. & U.S.<br>Courthouse<br>46 East Ohio Street<br>Indianapolis, IN 46204 | Clerk of the Court<br>United States District Court<br>  for the Central District of California 312<br>N. Spring Street<br>Los Angeles, CA 90012 |
| Clerk of the Court<br>United States District Court for the<br>Eastern District of Kentucky<br>35 W. 5th Street<br>Covington, KY 41011 | Clerk of the Court<br>United States District Court for the<br>Western District of Arkansas<br>30 South 6th Street, Room 1038<br>Fort Smith, AR 72901 |
| Clerk of the Court<br>United States District Court for the<br>Southern District of California<br>333 West Broadway, Suite 420 San<br>Diego, CA 92101 | Clerk of the Court<br>United States District Court for the<br>District of Maryland<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 |
| Clerk of the Court<br>United States District Court for the<br>Northern District of Mississippi Post<br>Office and Federal Building 305 Main<br>Street<br>Greenville, MS 38701 | Clerk of the Court<br>United States District Court for the<br>District of New Mexico<br>Santiago E. Campos U.S. Courthouse 106<br>S. Federal Place<br>Santa Fe, NM 87501 |
| Clerk of the Court<br>United States District Court for the<br>Western District of Pennsylvania Joseph<br>F. Weis, Jr. U.S. Courthouse 700 Grant<br>Street<br>Pittsburgh, PA 15219 | Clerk of the Court<br>United States District Court for the<br>Middle District of Tennessee<br>801 Broadway, Room 800<br>Nashville, TN 37203 |
| Clerk of the Court<br>United States District Court for the<br>Eastern District of Texas<br>Paul Brown United States Courthouse 101<br>East Pecan Street, Room 216<br>Sherman, TX 75090 | Clerk of the Court<br>United States District Court for the<br>Southern District of Texas<br>600 East Harrison Street<br>Brownsville, TX 78520 |

4

| | |
|---|---|
| Clerk of the Court<br>United States District Court for the<br>Northern District of West Virginia<br>500 West Pike Street, Room 301<br>P.O. Box 2857<br>Clarksburg, WV 26302 | Clerk of the Court<br>United States District Court for the<br>Eastern District of Wisconsin<br>United States Federal Building and<br>Courthouse<br>517 E. Wisconsin Avenue, Rm 362<br>Milwaukee, WI 53202 |

## TO BE NOTICED VIA ELECTRONIC MAIL

| | |
|---|---|
| Timothy G. Blood<br>Blood Hurst and O Reardon LLP<br>701 B Street, Suite 1700<br>San Diego, CA 92101<br><br>*Counsel for Plaintiffs Randall Collins,<br>Case No. 8:17-cv-01561 (C.D. Cal.);<br>Andrew Dremak, Case No. 3:17-cv-1829<br>(S.D. Cal.)* | Jerusalem F. Beligan<br>Bisnar Chase LLP<br>1301 Dove Street, Suite 120<br>Newport Beach, CA 92660<br><br>*Counsel for Plaintiff Patrick Barker,<br>Case No. 8:17-cv-01560 (C.D. Cal.)* |
| Todd M. Friedman<br>Adrian Robert Bacon<br>Todd M Friedman Law Offices PC<br>21550 Oxnard Street, Suite 780<br>Woodland Hills, CA 91367<br><br>*Counsel for Plaintiff Sheena Raffin,<br>Case No. 2:17-cv-06620 (C.D. Cal.)* | Torin Aaron Dorros<br>Dorros Law<br>11766 Wilshire Boulevard, Suite 1170<br>Los Angeles, CA 90025<br><br>*Counsel for Plaintiff Samuel Bandoh- Aidoo,<br>Case No. 2:17-cv-06658 (C.D.<br>Cal.)* |
| Daniel S. Robinson<br>Robinson Calcagnie Inc<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br><br>*Counsel for Plaintiff Grant Avise, Case No.<br>8:17-cv-01563 (C.D. Cal.)* | Armen Kiramijyan<br>Hovsep Hovsepyan<br>Kaass Law<br>313 East Broadway, Suite 944<br>Glendale, CA 91209<br><br>*Counsel for Plaintiff Henan Louis Joof and<br>Akop Sogomonyan, Case No. 2:17-<br>cv-06659 (C.D. Cal.)* |

| | |
|---|---|
| Mitchell L. Burgess<br>Burgess Law Firm<br>4310 Madison, Suite #100<br>Kansas City, MO 64111<br><br>Phyllis A. Norman<br>Norman & Graves<br>4310 Madison Avenue, Suite 120<br>Kansas City, MO 64111<br><br>Ralph K. Phalen<br>Ralph K. Phalen, Attorney at Law<br>4310 Madison Avenue, Suite 140<br>Kansas City, MO 64111<br><br>*Counsel for Plaintiff Aaron House, Case No. 2:17-cv-2523 (D. Kan.)* | Justin M. Baxter<br>Baxter & Baxter, LLP<br>8835 S.W. Canyon Lane, Suite 130<br>Portland, OR 97225-3429<br><br>Kelly D. Jones<br>Kelly D. Jones, Attorney at Law<br>819 SE Morrison St., Suite 255<br>Portland, OR 97214<br><br>Michael R. Fuller<br>Olsen Daines PC<br>US Bancorp Tower<br>111 SW 5th Ave., Suite 3150<br>Portland, OR 97204<br><br>*Counsel for Plaintiffs Mary McHill and Brook Reinhard, Case No. 3:17-cv-01405 (D. Or.)* |
| Kevin Scott Hannon<br>Hannon Law Firm, LLC<br>1641 Downing Street<br>Denver, CO 80218<br><br>*Counsel for Plaintiff Jason Morris, Case No. 1:17-cv-02178 (D. Colo.)* | Troy Nino Alexander Giatras<br>Giatras Law Firm, PLLC<br>118 Capitol Street, 4th Floor<br>Charleston, WV 25301<br><br>*Counsel for Plaintiffs Rodd Santamauro, Brenda Birkett, and Debra Lee, Case No. 1:17-cv-01852 (D.D.C.)* |
| Jamie Patrick Clouser<br>360 West 43rd Street, Suite S14A<br>New York, NY 10036<br><br>*Counsel for Plaintiffs Maura Dowgin and Chanel Hudson, Case No. 1:17-cv-06923 (D.N.J.)* | Joshua D. Wells<br>William Bernard Federman<br>Federman & Sherwood<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120<br><br>*Counsel for Plaintiffs Mikayla Dawn Bahnmaier, Case No. 4:17-cv-00512 (N.D. Okla.); Robin Gibson, Case No. 5:17-cv-973 (N.D. Okla.)* |

| | |
|---|---|
| Joshua H. Watson<br>Clayeo C. Arnold, A Professional Law<br>Corporation<br>865 Howe Avenue<br>Sacramento, CA 95825<br><br>*Counsel for Plaintiffs*<br>*Terry Myers, Sr. and*<br>*Charles O'Neal, Case No.*<br>*2:17-cv-01878 (E.D. Cal.)* | Richard John Morin<br>Law Office of Rick Morin, PC<br>555 Capitol Mall, Suite 750<br>Sacramento, CA 95814<br><br>*Counsel for Plaintiffs David Waterstram*<br>*Miller, Valorie Anne*<br>*Smart and Angela Lynn Miller, Case*<br>*No. 2:17-cv-1872 (E.D. Cal.)* |
| Nathan J. Fink<br>David H. Fink<br>Fink Associates Law<br>38500 Woodward Ave, Suite 350<br>Bloomfield Hills, MI 48304<br><br>*Counsel for Plaintiff*<br>*Andrew Cherney and*<br>*Jack Cherney, Case No.*<br>*2:17-cv-12966 (E.D.*<br>*Mich.)* | Orin R. Kurtz<br>Gardy & Notis, LLP<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br><br>*Counsel for Plaintiff Josh Grossberg*<br>*and Lisa Olivio, Case No. 1:17-cv-*<br>*05280 (E.D.N.Y.)* |
| Jerry Desiderato Joshua<br>D. Wolson Dilworth<br>Paxson LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br><br>*Counsel for Plaintiff Michelle E. Austin, Case*<br>*No. 2:17-cv-04045 (E.D.Pa.)* | Ben Barnow<br>Barnow and Associates, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br><br>*Counsel for Plaintiff Sean Neilan, Case No.*<br>*1:17-cv-06508 (N.D. Ill.)* |

| | |
|---|---|
| Aaron Blumenthal Gibbs<br>Law Group LLP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br><br>Adam E. Polk<br>601 California Street, 14th Floor San<br>Francisco, CA 94108<br><br>Amy Marie Zeman<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br><br>David Michael Berger<br>505 14th Street, Suite 1110 San<br>Francisco, CA 94612<br><br>Eric H. Gibbs<br>Gibbs Law Group LLP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br><br>*Counsel for Plaintiffs Richard Spicer and Julia Gutierrez, Case No. 5:17-cv- 05228 (N.D. Cal.)* | James Cameron Tribble<br>The Barnes Law Group, LLC 31<br>Atlanta Street<br>Marietta, GA 30060<br><br>John Raymond Bevis<br>The Barnes Law Group, LLC 31<br>Atlanta Street<br>Marietta, GA 30060<br><br>John A. Yanchunis Marisa<br>Kendra Glassman<br>Morgan & Morgan, P.A. - Tampa 201<br>N. Franklin Street, 7th Floor Tampa,<br>FL 33602<br><br>Roy E. Barnes<br>The Barnes Law Group, LLC 31<br>Atlanta Street<br>Marietta, GA 30060<br><br>*Counsel for Plaintiffs James McGonnigal and Brian F. Spector, Case No. 1:17-cv-03422 (N.D. Ga.)* |
| Jason L. Yearout<br>Yearout & Traylor P.C.<br>3300 Cahaba Road, Suite 300<br>Birmingham, AL 35223<br><br>M. Stan Herring, Jr<br>Watts & Herring LLC<br>301 19th Street North<br>Birmingham, AL 35203<br><br>*Counsel for Plaintiff Nikolaos C. Pantaze, Case No. 2:17-cv-01530 (N.D. Ala.)* | Marc E. Dann<br>The Dann Law Firm Co. LPA<br>P.O. Box 6031040<br>Cleveland, OH 44103<br><br>Brian Flick<br>Dann Law Firm<br>810 Sycamore Street, 3rd Floor<br>Cincinnati, OH 45202<br><br>*Counsel for Plaintiffs Joshua Gerstein and Charles Stimac, Jr., Case No. 17-cv-00593-MRB (S.D. Ohio)* |

| | |
|---|---|
| Amir J. Goldstein, Esq.<br>591 Broadway, Suite 3A<br>New York, NY 10012<br><br>*Counsel for Plaintiffs Avi Joshua Britton, Case No. 1:17-cv-6946 (S.D.N.Y.); Daniel Levy, Case No. 1:17-*<br><br>*cv-5354 (E.D.N.Y.)* | Corey Benjamin Bennett<br>Teresa Denise Allen<br>Scott Edward Cole<br>Scott Cole & Associates, APC<br>1970 Broadway, Ninth Floor<br>Oakland, CA 94612<br><br>Timothy Paul Rumberger<br>Law Offices of Timothy P. Rumberger<br>1339 Bay Street<br>Alameda, CA 94501<br><br>*Counsel for Plaintiff Andrew Galpern, Case No. 5:17-cv-5265 (N.D. Cal.)* |
| Irwin B. Levin<br>Richard E. Shevitz<br>Vess Allen Miller<br>Lynn A. Toops<br>Cohen & Malad LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br><br>*Counsel for Plaintiff Justin King, Case No. 1:17-cv-03157 (S.D. Ind.)* | Nicholas A. Carlin<br>Phillips Erlewine Given & Carlin LLP<br>39 Mesa Street, Suite 201<br>The Presidio<br>San Francisco, CA 94129<br><br>*Counsel for Plaintiff Dan Alexander, Case No. 3:17-cv-05230-KAW (N.D. Cal.)* |

| | |
|---|---|
| Thomas J. Lyons Lyons Law Firm, P.A. 367 Commerce Court Vadnais Heights, MN 55127<br><br>Thomas J. Lyons, Jr. Consumer Justice Center P.A. 367 Commerce Court Vadnais Heights, MN 55127<br><br>*Counsel for Plaintiff Margaret Amadick, Jeannie Ball, Jennifer Ball, Thomas Greenwood, Robert Roehl, Constance Zasada and Theodore Azsada, Case No. 0:17-cv-04196-PAM- LIB (D. Minn.)* | Rusty A. Payton PaytonDann 115 South LaSalle Street, Suite 2600 Chicago, IL 60603<br><br>Thomas A. Zimmerman, Jr. Nickolas J. Hagman Zimmerman Law Offices, P.C. 77 W. Washington St., Ste 1220 Chicago, IL 60602<br><br>Robert A. Clifford Shannon McNulty Clifford Law Offices, P.C. 120 N. LaSalle St., Ste 3100 Chicago, IL 60602<br><br>*Counsel for Plaintiffs Dan Lang and Russell Pantek, Case No. 1:17-cv-06519 (N.D. Ill.)* |
| Javier Luis Merino Dann & Merino PC One Meadowlands Plaza, Suite 200 East Rutherford, NJ 07073<br><br>*Counsel for Plaintiffs Christopher J. Kendall, Case No. 1:17-cv-06922 (D.N.J.); Linda Tirelli and Brooke Merino, Case No. 7:17-cv-6868 (S.D.N.Y.)* | Steven A. Christensen Christensen Young & Associates PLLC 9980 S. 300 W #200 Sandy, UT 84070<br><br>*Counsel for Plaintiffs Tom Partridge, Zane L. Christensen, Jennifer J. Christensen, Zachary A. Christensen and Cameron Christensen, Case No. 2:17-cv-01017 (D. Utah)* |
| Catherine Jura Fleming Stritmatter Kessler Whelan Koehler Moore Kahler 3600 15th Avenue West, Suite 300 Seattle, WA 98119-1330<br><br>*Counsel for Plaintiffs Jodie Pavitt, Jennifer Mertlich and Simon Kaufman, Case No. 2:17-cv-01363 (W.D. Wash.)* | Stephen R. Basser Barrack Rodos and Bacine One America Plaza 600 West Broadway, Suite 900 San Diego, CA 92101<br><br>*Counsel for Plaintiffs Caralyn Tada, Craig Nowinsky and Lori Pobiner, Case No. 2:17-cv-06666 (C.D. Cal.)* |

Brian D. Flick PO

Box 6031040
Cleveland, OH 44103

David H. Krieger
George Haines
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

Matthew I. Knepper
Miles N. Clark Knepper
& Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109 Las
Vegas, NV 89129

Sean N. Payne
Payne Law Firm LLC
9550 S. Eastern Ave. Suite 253-A213 Las
Vegas, NV 89123

Marc E. Dann
The Dann Firm Co., LPA
PO Box 6031040
Cleveland, OH 44103

Thomas A. Zimmerman, Jr.
Nickolas J. Hagman Zimmerman
Law Offices, P.C. 77 W.
Washington St., Ste 1220
Chicago, IL 60602

Robert A. Clifford Shannon
McNulty Clifford Law
Offices, P.C.
120 N. LaSalle St., Ste 3100
Chicago, IL 60602

*Counsel for Plaintiff Terrance Knepper,
Case No. 2:17-cv-02368 (D. Nev.); Richard
McCall and Howard Stephen, Case No.
2:17-cv-2372 (D.*

*Nev.)*

David H. Krieger
George Haines
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

Matthew I. Knepper Miles
N. Clark Knepper &
Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129

Sean N. Payne
Payne Law Firm LLC
9550 S. Eastern Ave. Suite 253-A213 Las
Vegas, NV 89123

Marc E. Dann
Brian D. Flick
The Dann Firm Co., LPA
PO Box 6031040
Cleveland, OH 44103

Rusty A. Payton
PaytonDann
115 South LaSalle Street, Suite 2600
Chicago, IL 60603

Thomas A. Zimmerman, Jr.
Zimmerman Law Offices, P.C. 77
W. Washington St., Ste 1220
Chicago, IL 60602

Robert A. Clifford Shannon
McNulty Clifford Law
Offices, P.C.
120 N. LaSalle St., Ste 3100
Chicago, IL 60602

*Counsel for Plaintiffs Michael W. Tomlin
and Marilyn Tomlin, Case No. 2:17-cv158
(E.D. Ky)*

| | |
|---|---|
| Nicholas F. Ortiz<br>Law Office of Nicholas F. Ortiz, P.C. 99<br>High Street, Suite 304<br>Boston, MA 02110<br><br>*Counsel for Plaintiff Philip Cole, Case No.<br>1:17-cv-11712 (D. Mass.)* | Kevin Peter Roddy<br>Wilentz, Goldman & Spitzer, PA 90<br>Woodbridge Center Drive Suite 900,<br>Box 10<br>Woodbridge, NJ 07095<br><br>*Counsel for Plaintiffs Peggy Christen and<br>Joseph Coughlin, Case No. 2:17-cv- 06951<br>(D.N.J.); as well as Jeremy Davis, Amanda<br>Gurtis Davis, and John Hughes, Case No.<br>1:17-cv-6883 (S.D. N.Y.)* |
| Mitchell L. Burgess<br>Burgess Law Firm<br>4310 Madison, Suite #100<br>Kansas City, MO 64111<br><br>*Counsel for Plaintiff Jessica Krawcyk, Case<br>No. 4:17-cv-00760 (W.D. Mo.)* | James A. Gianola<br>Gianola, Barnum & Wigal, LC<br>1714 Mileground Road<br>Morgantown, WV 26505<br><br>John Fulton Gianola<br>Gianola, Barnum, Bechtel & Jecklin, LC<br>1714 Mileground Road<br>Morgantown, WV 26505<br><br>Mark R. Staun<br>The Segal Law Firm 810<br>Kanawha Blvd, E.<br>Charleston, WV 25301<br><br>R. Dean Hartley<br>Hartley Law Group, PLLC<br>2001 Main St. Suite 600<br>Wheeling, WV 26003<br><br>*Counsel for Plaintiffs Cynthia Rice, David<br>H. Yoder, Vera Standish, Parry Petroplus,<br>and Christopher Chaffin, Case No. 1:17-<br>cv-00156-IMK (N.D.W.Va.)* |

James M. Evangelista
Evangelista Worley, LLC
8100 A Roswell Road, Suite 100
Atlanta, GA  30350

David James Worley
Evangelista Worley, LLC
8100 A Roswell Road, Suite 100
Atlanta, GA  30350

Howard Theodore Longman
Stull Stull & Brody
6 East 45th Street
New York, NY  10017

Kristi Stahnke McGregor
Evangelista Worley, LLC
8100 A Roswell Road, Suite 100
Atlanta, GA  30350

Michael J. Klein
Stull Stull & Brody
6 East 45th Street
New York, NY  10017

*Counsel for Plaintiffs Alain Lapter, Ana Lapter, Stacey J.P. Ullman, Michael Slyne, Jennifer Pascucci Demarco,*

*Daniel Demarco, Jr., and Pamela Klein, Case No. 1:17-cv-3445 (N.D. Ga.)*

Barrett J. Vahle
Stueve Siegel Hanson, LLP -MO
Suite 200
460 Nichols Road
Kansas City, MO 64112

James Cameron Tribble
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060

John Raymond Bevis
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060

John Austin Moore
Stueve Siegel Hanson, LLP -MO
Suite 200
460 Nichols Road
Kansas City, MO 64112

Norman E. Siegel
Stueve Siegel Hanson, LLP -MO
Suite 200
460 Nichols Road Kansas
City, MO 64112

Roy E. Barnes
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060

*Counsel for Plaintiffs Randolph Jefferson Cary, III, William R. Porter, and Robin D. Porter, Case No. 1:17-cv-3433*

| | |
|---|---|
| David J. Maher<br>Drew Eckl & Farnham - ATL<br>Suite 3500 303 Peachtree Street, N.E.<br>Atlanta, GA 30308<br><br>Rodney K. Strong<br>Griffin & Strong, PC<br>235 Peachtree Street, Suite 400<br>Atlanta, GA 30303-1406<br><br>*Counsel for Plaintiff Joseph M. Kuss, Case No. 1:17-cv-3436 (N.D. Ga.)* | Joseph N. Kravec, Jr.<br>Feinstein Doyle Payne & Kravec LLC Law & Finance Building<br>429 Fourth Avenue, Suite 1300<br>Pittsburgh, PA 15219<br><br>*Counsel for Plaintiff Melissa Derby, Case No. 2:17-cv-1186 (W.D. Pa.)* |
| David James Worley<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br><br>James M. Evangelista<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br><br>Kristi Stahnke McGregor<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br><br>*Counsel for Plaintiffs Victoria Kealy, Devenn Triola, and Donna Abbot, Case No. 1:17-cv-3443 (N.D. Ga.)* | Andrew Joseph Coomes<br>McConnell & Sneed, LLC<br>990 Hammond Drive, Suite 840<br>Atlanta, GA 30328<br><br>Gary Edward Mason<br>Whitfield Bryson & Mason, LLP - DC<br>1625 Massachusetts Avenue, N.W.<br>Suite 605<br>Washington, DC 20036<br><br>*Counsel for Plaintiff Albert Ruscitto, Case No. 1:17-cv-3444 (N.D. Ga.)* |

| | |
|---|---|
| Carin L. Marcussen<br>Federman & Sherwood<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120<br><br>David James Worley<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br><br>James M. Evangelista<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br><br>Kristi Stahnke McGregor<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br><br>William B. Federman<br>Federman & Sherwood<br>10205 N. Pennsylvania Avenue<br>Oklahoma, OK 73120<br><br>*Counsel for Plaintiffs Justin Fiore, Case No. 1:17-cv-3456 (N.D. Ga.); Bryan Lipchitz, Case No. 1:17-cv-3457 (N.D. Ga.); Brian Thompson James Martin, Case No. 1:17-cv-3458 (N.D. Ga.); Joseph Pugliese, Case No. 1:17-cv-3461 (N.D. Ga.); Allan Menzer, Case No. 1:17-cv-3459 (N.D. Ga.)* | David James Worley<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br><br>James M. Evangelista<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br><br>Kristi Stahnke McGregor<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br><br>William B. Federman<br>Federman & Sherwood<br>10205 N. Pennsylvania Avenue<br>Oklahoma, OK 73120<br><br>*Counsel for Plaintiff John J. Pagliarulo, Case No. 1:17-cv-3460 (N.D. Ga.)* |
| Dennis A. Mastando<br>Eric J. Artrip<br>Mastando & Artrip LLC<br>301 Washington Street, Suite 302<br>Huntsville, AL 35801<br><br>*Counsel for Plaintiffs Darryl W. Walker, Robin L. Taylor, Jennifer A. Meachum, and Dale F. Stewart, II, Case No. 5:17-cv-1527 (N.D. Ala.)* | Edward D. Chapin<br>Sanford Heisler Sharp, LLP 501<br>West Broadway, Suite 515 San<br>Diego, CA 92101<br><br>*Counsel for Plaintiffs Ehud Gersten and Hannah Obradovich, Case No. 3:17-cv-1828 (S.D. Cal.)* |

| | |
|---|---|
| G. Franklin Lemond, Jr.<br>Webb, Klase & Lemond, LLC<br>1900 The Exchange, SE<br>Suite 480<br>Atlanta, GA 30339<br><br>Edward Adam Webb<br>Webb, Klase & Lemond, LLC<br>1900 The Exchange, SE<br>Suite 480<br>Atlanta, GA 30339<br><br>*Counsel for Plaintiffs Alison Manaher,*<br>*Case No. 1:17-cv-3447 (N.D. Ga.);*<br>*Michael Wolf, Case No. 1:17-cv-3450*<br>*(N.D. Ga.)* | Lisa L. Heller<br>Robbins Ross Alloy Belinfante<br>Littlefield, LLC -Atl<br>999 Peachtree Street, N.E.<br>Suite 1120<br>Atlanta, GA 30309<br><br>Meredith L. Lambert<br>Kessler Topaz Meltzer & Check, LLP-<br>PA<br>280 King of Prussia Road<br>Radnor, PA 19087<br><br>Naumon A. Amjed<br>Kessler Topaz Meltzer & Check, LLP- PA<br><br>280 King of Prussia Road<br>Radnor, PA 19087<br><br>*Counsel for Plaintiff Nida Samson,*<br>*Case No. 1:17-cv-3448 (N.D. Ga.)* |
| James M. Wilson, Jr.<br>Faruqi & Faruqi-NY<br>369 Lexington Avenue 10th Floor<br>New York, NY 10017<br><br>Robert W. Killorin<br>Robert W. Killorin, Attorney at Law<br>5587 Benton Woods Dr.<br>Atlanta, GA 30342<br><br>Timothy J. Peter<br>Faruqi & Faruqi, LLP -PA<br>101 Greenwood Avenue, Suite 600<br>Jenkintown, PA 19046<br><br>*Counsel for Plaintiffs Tracey Lorraine Rust,*<br>*Kirby Payne Rust, Corey*<br>*Stedman, Aviva Yaghoobia, Patrick*<br>*Shonter Kelly, Kandyce Connerley Kelley,*<br>*Robert Clark, Brandon Parr,*<br>*Laura Roudabush, and Jeff Roudabush,*<br>*Case No. 1:17-cv-3471 (N.D. Ga.)* | Jed Davis Manton<br>Jeffrey R. Harris<br>Madeline Elizabeth McNeeley<br>Stephen G. Lowry<br>Harris Lowry Manton, LLP<br>400 Colony Square<br>1201 Peachtree Street NE<br>Suite 900<br>Atlanta, GA 30361<br><br>Jess Brandel Johnson<br>Page Anthony Pate<br>Pate & Johnson, LLC<br>101 Marietta Street, Suite 3300<br>Atlanta, GA 30303<br><br>*Counsel for Plaintiffs Charles Pavesi,*<br>*Jr., and Paul Turok, Case No. 1:17-cv-*<br>*3476 (N.D. Ga.)* |

| | |
|---|---|
| Natalie S. Pang<br>Kabateck Brown Kellner LLP 644<br>South Figueroa Street Los<br>Angeles, CA 90017<br><br>*Counsel for Plaintiffs Wendy Duran and Roy Duran, Case No. 8:17-cv-1571 (C.D. Cal.)* | Evan Taylor Rosemore<br>Francois M. Blaudeau<br>Odeh John Issis<br>Southern Institute for Medical and<br>Legal Affairs, LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br><br>*Counsel for Plaintiffs Paul Ostoya and Samuel Stephenson, Case No. 2:17-cv- 1550 (N.D. Ala.)* |
| Jack Fitzgerald<br>The Law Office of Jack Fitzgerald, P.C.<br>Hillcrest Professional Building<br>3636 Fourth Avenue, Suite 202 San<br>Diego, CA 92103<br><br>*Counsel for Plaintiff Krista Von Willer, Case No. 3:17-cv-1839 (S.D. Cal.)* | Laura Kirstine Rogers<br>Steckler Gresham Cochran LLP<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br><br>*Counsel for Plaintiffs Reagan Lynch, Alicia Lynch, and Amber Hernandez, Case No. 4:17-cv-640 (E.D. Tex.)* |
| Andrew Melzer<br>Sanford Heisler Sharp, LLP 1350<br>Avenue of the Americas 31st<br>Floor<br>New York, NY 10019<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br><br>*Counsel for Plaintiff Sean J. Martin, Case No. 3:17-cv-1246 (M.D. Tenn.)* | Mark Cotton Molumphy Cotchett,<br>Pitre & McCarthy LLP 840 Malcolm<br>Road, Suite 200<br>Burlingame, CA 94010<br><br>*Counsel for Plaintiff Matthew Belden, Case No. 3:17-cv-5260 (N.D. Cal.)* |
| Thomas Francis Hetherington<br>Kendall Johan Burr<br>Edison McDowell and Hetherington LLP<br>3200 Southwest Freeway, Ste 2100<br>Houston, TX 77027<br><br>*Counsel for Plaintiff Robert L. Collins, Case No. 1:17-cv-187 (S.D. Tex.)* | Marc L. Godino Danielle<br>Leigh Manning Kevin F.<br>Ruf<br>Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br><br>*Counsel for Plaintiff Anthony Scott, Case No. 2:17-cv-6715 (C.D. Cal.)* |

| | |
|---|---|
| Breanne V. Cope<br>Motley Rice<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br><br>Matthew J. Preusch<br>Keller Rohrback, LLP<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br><br>*Counsel for Plaintiffs Kerri Murphy, Ashley Cashon, Jade Haileselassie, Roy Bishop, Bruce Mattock, Reesa Ali, Tom W. Hannon, and Nancy Gauger, Case No. 4:17-cv-5262 (N.D. Cal.)* | Helen Irene Zeldes<br>Coast Law Group LLC<br>1140 South Coast Hwy 101<br>Suite 2050<br>Encinitas, CA 92024<br><br>Tammy Gruder Hussin<br>Hussin Law<br>1596 N. Coast Highway 101<br>Encinitas, CA 92024<br><br>*Counsel for Plaintiffs Christopher Tanks and Brittany Dixon, Case No. 3:17-cv-1832 (S.D. Cal.)* |
| Daniel L. Warshaw<br>Pearson, Simon & Warshaw, LLP<br>15165 Ventura Blvd, Suite 400<br>Sherman Oaks, CA 91403<br><br>*Counsel for Plaintiffs Alejandro Salinas and Michael Ribons, Case No. 4:17-cv- 5284 (N.D. Cal.)* | Mark A. Eldridge<br>Shpetim Ademi<br>John D. Blythin<br>Ademi & O'Reilly LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br><br>*Counsel for Plaintiff Debra Maloney, Case No. 2:17-cv-1238 (E.D. Wis.)* |
| Richard Victor Falcon<br>Murphy Falcon and Murphy<br>One South Street, 23rd Floor<br>Baltimore, MD 21202<br><br>*Counsel for Plaintiff Joseph Gallant, Jr., Case No. 8:17-cv-2712 (D. Md.)* | Christopher A. Seeger<br>Seeger Weiss LLP<br>550 Broad Street, Suite 920<br>Newark, NJ 07102<br><br>*Counsel for Plaintiffs Andrea Friedman and Russell Acosta, Case No. 1:17-cv- 7022 (D.N.J.)* |
| William J. Novak<br>418 Hoyt Block Building<br>700 St. Clair Avenue West<br>Cleveland, OH 44113<br><br>*Counsel for Plaintiff Barbara Torrey, Case No. 1:17-cv-1922 (N.D. Ohio)* | Andrew B. Sacks<br>Sacks, Weston, Smolinsky, Pearson & Albert<br>210 W. Washington Square, 2nd Fl.<br>Philadelphia, PA 19106<br><br>*Counsel for Plaintiff David Caplan, Case No. 2:17-cv-4055 (E.D. Pa.)* |

| | |
|---|---|
| Daniel Ellis Morris<br>Daniel E. Morris Law Firm, PLLC<br>P.O. Box 40811<br>Baton Rouge, LA 70835<br><br>Tanisha M. Gates Dorsey<br>& Gates, PLLC<br>P.O. Box 158<br>Belzoni, MS 39038<br><br>*Counsel for Plaintiffs Deidra Byas and K'Acia Drummer, Case No. 4:17-cv-130 (N.D. Miss.)* | Alex C. Davis Jasper<br>D. Ward, IV<br>Jones Ward PLC – Louisville<br>The Pointe<br>1205 E. Washington Street, Suite 111<br>Louisville, KY 40206<br><br>Steven W. Teppler<br>Abbott Law Group<br>2929 Plummer Cove Road Jacksonville, FL 32223<br><br>*Counsel for Plaintiff Christine Anderson, Case No. 2:17-cv-156 (E.D. Ky)* |
| Philip L. Fraietta Bursor<br>& Fisher, P.A. 888<br>Seventh Avenue New<br>York, NY 10019<br><br>*Counsel for Plaintiff Victor Zamora, Case No. 2:17-cv-7085 (D.N.J.)* | Theodore M. Hess-Mahan Hutchings, Barsamian, Cross and Mandelcorn, LLP<br>110 Cedar Street, Suite 250<br>Wellesley Hills, MA 02481<br><br>*Counsel for Plaintiff Kaethe Skye, Case No. 1:17-cv-11742 (D. Mass.)* |
| Jennifer Sarnelli Gardy<br>and Notis LLP<br>126 East 56th Street, 8th Floor New<br>York, NY 10022<br><br>*Counsel for Plaintiff Ondrea Faillace, Case No. 2:17-cv-6721 (C.D. Cal.)* | Samuel H. Rudman<br>Robbins Geller Rudman & Dowd, LLP 58<br>South Service Road, Suite 200<br>Melville, NY 11747<br><br>*Counsel for Plaintiff Marc Zweig, Case No. 1:17-cv-5366 (E.D.N.Y.)* |
| John Soumilas<br>Francis & Mailman, P.C. Land<br>Title Building, 19th Fl 100<br>South Broad Street<br>Philadelphia, PA 19110<br><br>*Counsel for Plaintiff Daniel L. Mann, Case No. 2:17-cv-4100 (E.D. Pa.)* | Jeffrey L. Hogue<br>Hogue & Belong<br>170 Laurel Street, 2nd Floor San<br>Diego, CA 92101<br><br>*Counsel for Plaintiffs Omar Seymore and Angela Seymore, Case No. 3:17-cv- 1871 (S.D. Cal.)* |

| | |
|---|---|
| Chris T. Hellums<br>Jonathan S. Mann<br>Michael C. Bradley<br>Austin B. Whitten<br>Pittman, Dutton & Hellums, P.C. 2001 Park Place North, Suite 1100<br>Birmingham, AL 35203<br><br>N. Kirkland Pope<br>Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP<br>3455 Peachtree Road, N.E., Suite 925<br>Atlanta, GA 30326-3256<br><br>*Counsel for Christopher Highfield, Case No. 5:17-cv-1567 (N.D. Ala.)* | Ryan L. Gentile<br>Gus Michael Farinella<br>Law Offices of Gus Michael Farinella 110 Jericho Turnpike, Suite 100 Floral Park, NY 11001<br><br>*Counsel for Plaintiffs Christine Jorge and Joanne Durrang, Case No. 2:17-cv- 5404 (E.D.N.Y.)* |
| David Andrew Bain<br>Law Offices of David A. Bain, LLC<br>1230 Peachtree Street, Suite 1050<br>Atlanta, GA 30309<br><br>*Counsel for Plaintiffs Bernadette Beekman, Elizabeth Twitchell, James Freeman-Hargis, and Douglas Diamond, Case No. 1:17-cv-3492 (N.D. Ga.)* | Annabelle Lee Patterson<br>Annabelle Lee Paterson, PLC 646 Quapaw Avenue<br>Hot Springs, AR 71901<br><br>*Counsel for Plaintiffs Denise Carter Gray and Blair Garthright, Case No. 6:17-cv-6095 (W.D. Ark.)* |
| Geoffrey R. Romero<br>Law Offices of Geoffrey R. Romero<br>4801 All Saints Rd. NW Albuquerque, NM 87120<br><br>*Counsel for Plaintiffs Shelbi Kilgore, Michael Schaber, and John Howard, Case No. 1:17-cv-942 (D.N.M.)* | James B. LeBow<br>Law Offices of Murphy and Associates PLLC<br>25511 Budde Road, Suite 1901<br>The Woodlands, TX 77380<br><br>*Counsel for Edward Dean McShan and Edward Dean McShan II, Case No. 2:17-cv-6764 (C.D. Cal.)* |

Andrea Solomon Hirsch
Herman Gerel, LLP
60 Lenox Pointe
Atlanta, GA 30324

Arnold Levin
Charles E. Schaffer
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Franklin D. Azar
Franklin D. Azar & Associates
14426 East Evans Avenue
Aurora, CO 80014

*Counsel for Plaintiffs Samuel Boundy,
Frederick Gardner, Matthew Rybak,
and Greg Pesek, Case No. 1:17-cv-3480 (N.D.
Ga.)*

Kenneth S. Canfield
Doffermyre Shields Canfield &
Knowles, LLC
1355 Peachtree Street, NE, Suite 1900
Atlanta, GA 30309

Adam J. Levitt
Dicello Levitt & Casey LLC
Ten North Dearborn Street, 11th Floor
Chicago, Illinois 60602

Andrew N. Friedman
Douglas J. McNamara
Sally M. Handmaker
Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, NW, Ste 500
Washington, D.C. 20005

James Pizzirusso
Richard Lewis
Hausfeld LLP
1700 K St. NW, Suite 650
Washington, D.C. 20006

Robert B. Gilmore
Stein Mitchell Muse Cipollone & Beato
LLP
1100 Connecticut Ave., N.W.
Washington, D.C. 20036

*Attorneys for Plaintiffs John
Washburn, Avery Ash, Cassandra
Powers, James Findlay, Amy Sue
Taylor, and Evelyn Gualandi, Case No.
1:17-cv-3451 (N.D. Ga.)*