BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: THE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br><br>**NOTICE OF RELATED ACTIONS** |

Pursuant to the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, counsel for Plaintiffs, James Abraham, Judy Diane Brandon, Dan Richmond, Kimberly Richmond, Heather Duenas, Kory Hershkowitz, Catherine Alderman, Donald Person and Ricky Lee Hale write to notify the Panel of the related actions listed on the attached Schedule of Actions: *James Abraham v. Equifax, Inc.*, No. 1:17-cv-03453-TWT (N.D. GA September 8, 2017); *Judy Diane Brandon v. Equifax, Inc.*, No. 1:17-cv-03454-WSD (N.D. GA September 8, 2017); and *Dan Richmond, Kimberly Richmond, Heather Duenas, Kory Hershkowitz, Catherine Alderman, Donald Person and Ricky Lee Hale v. Equifax, Inc.*, No. 1:17-cv-03477-LMM (N.D. GA September 11, 2017). The Complaints and docket sheets for the related actions are attached.

Dated: September 18, 2017

Respectfully submitted,

/s/ William B. Federman
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Oklahoma City, OK 73120
Telephone: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

*Attorneys for Plaintiffs James Abraham, Judy Diane Brandon, Dan Richmond, Kimberly Richmond, Heather Duenas, Kory Hershkowitz, Catherine Alderman, Donald person and Ricky Lee Hale*