# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  | : | MDL No. 2800 |
|---|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | : : : | ECF Filing |

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure of the Unites States Judicial Panel on Multidistrict Litigation, Plaintiffs Shervon Flores, Elio Guzman, Ellen Lamb, Owen Lamb, Thomas Lamb, Jose Perez, Tenku Ruff, and George Wolff in the putative class action captioned *Shervon Flores, et. al. v. Equifax Inc,.* No. 1:17-cv-07088 (S.D.N.Y.), hereby provide notice of the related action listed on the attached Schedule of Actions. This action shares common questions of fact with other actions that are the subject of MDL No. 2800.

The Class Action Complaint and docket sheet are attached hereto as Exhibit 1.

Dated: September 20, 2017           Respectfully submitted,

                                    /s/ Shelly Friedland
                                    **TRIEF& OLK**
                                    Shelly Friedland
                                    Stan Gutgarts
                                    Ted Trief
                                    150 East 58th Street
                                    New York, New York 10155
                                    Tele. (212) 486-6060
                                    Attorneys for Plaintiffs
                                    ttrief@triefandolk.com
                                    sfriedland@triefandolk.com
                                    sgutgarts@triefandolk.com