BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 2800

IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION

CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, the undersigned hereby certifies that on September 21, 2017, copies of the foregoing Notice of Appearance of Jack Fitzgerald for Plaintiff Krista VonWiller will be provided via the JPML CM/ECF System, which will provide electronic service notification to all counsel of record, registered as CM/ECF users or by U.S. Mail on those parties.

Dated: September 21, 2017      /s/ Jack Fitzgerald

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (CA SBN 257370)
*jack@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiff Krista VonWiller*