BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | MDL Docket No. 2800 |
| ) | |
| EQUIFAX, INC. CUSTOMER DATA ) | |
| SECURITY BREACH LITIGATION ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel of the Multidistrict Litigation, the undersigned hereby certifies that, on September 21, 2017, copies of the foregoing Memorandum in Partial Opposition to the Motions for Transfer of Action and for Consolidation Pursuant to 28 U.S.C. §1407 will be provided via the JPML CM/ECF System, which will provide electronic service notification to all counsel of record, registered as CM/ECF users or by U.S. Mail on those parties.

**VIA U.S. MAIL:**

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G255, North Lobby
Washington, DC 20544-0005

Clerk of the Court
United States District Court for the Northern District of California
District Judge Beth Labson Freeman
San Jose Courthouse
280 South First Street
5th  Floor, Courtroom 3
San Jose, CA 95113

Respectfully submitted,

By: /s/ Scott Edward Cole_____
Scott Edward Cole, Esq.
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
scole@scalaw.com

*Attorneys for Plaintiff Andrew Galpern*