**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 2800 |

**SUPPLEMENTAL INFORMATION CONCERNING PREVIOUS
COMBINED MOTION, INCLUDING MOTION TO TRANSFER
ACTIONS PURSUANT TO 28 U.S.C. § 1407**

Adam J. Levitt
Amy E. Keller
Mark Abramowitz
Daniel R. Ferri
**DiCELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
T 312-214-7900
alevitt@dlcfirm.com
akeller@dlcfirm.com
mabramowitz@dlcfirm.com
dferri@dlcfirm.com

James Pizzirusso
**HAUSFELD**
1700 K St. NW
Suite 650
Washington, D.C. 20006
T 202-540-7200
jpizzirusso@hausfeld.com

Pat A. Cipollone
Robert B. Gilmore
**STEIN MITCHELL CIPOLLONE
BEATO & MISSNER LLP**
1100 Connecticut Ave., N.W.
Washington, DC 20036
T 202-737-7777
pcipollone@steinmitchell.com
rgilmore@steinmitchell.com

Kenneth S. Canfield
Georgia Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD
& KNOWLES, LLC**
1355 Peachtree St., NE
Suite 1600
Atlanta, Georgia 30309
T 404-881-8900
kcanfield@dsckd.com

Andrew N. Friedman
Douglas J. McNamara
Sally Handmaker
**COHEN MILSTEIN, SELLERS
& TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
T 202-408-4600
afriedman@cohenmilstein.com
dmcnamara@cohenmilstein.com
shandmaker@cohenmilstein.com

*Counsel for Plaintiffs in the
Washburn Action*

Plaintiffs John Washburn, Aver Ash, Cassandra Powers, James Findlay, AmySue Taylor, and Evelyn Gualandi, Plaintiffs in the action styled *Washburn, et al. v. Equifax, Inc.* ("*Washburn* Plaintiffs"), pending in the Northern District of Georgia, respectfully submit this Supplemental Information to their previously-filed combined brief seeking expedited treatment and transfer of actions pursuant to 28 U.S.C. § 1407.

First, the *Washburn* Plaintiffs respectfully wish to inform the Court that their previously-assigned temporary case number of 17-mi-99999-UNA is now obsolete, and the case is now numbered 17-cv-03451.

Second, the *Washburn* Plaintiffs' brief, which was filed on September 11, 2017, sought both transfer of the pending actions to the Northern District of Georgia, *as well as* expedited consideration of the transfer motion.  *See* Combined brief in Support of Transfer of Actions Pursuant to 28 U.S.C. § 1407 and for Expedited Treatment (ECF No. 4).  Although the Panel denied the *Washburn* Plaintiffs' requested relief for expedited treatment, the Panel has not yet ruled on whether to transfer the pending actions.  Accordingly, that portion of the *Washburn* Plaintiffs' requested relief is still outstanding.  So that the record is abundantly clear, the *Washburn* Plaintiffs respectfully request that the Panel indicate that their motion (ECF No. 3) was denied only as to the requested expedited consideration, but not concerning transfer of the pending actions to the Northern District of Georgia.

Dated: September 22, 2017

Respectfully submitted by:

*/s/ Adam J. Levitt*
Adam J. Levitt
Amy E. Keller
Mark Abramowitz

2

Daniel R. Ferri
**DiCELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
T 312-214-7900
alevitt@dlcfirm.com
akeller@dlcfirm.com
mabramowitz@dlcfirm.com
dferri@dlcfirm.com

Kenneth S. Canfield
Georgia Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD
& KNOWLES, LLC**
1355 Peachtree St., NE
Suite 1600
Atlanta, Georgia 30309
T 404-881-8900
kcanfield@dsckd.com

James Pizzirusso
**HAUSFELD**
1700 K St. NW
Suite 650
Washington, D.C. 20006
T 202-540-7200
jpizzirusso@hausfeld.com

Pat A. Cipollone
Robert B. Gilmore
**STEIN MITCHELL CIPOLLONE BEATO
& MISSNER LLP**
1100 Connecticut Ave., N.W.
Washington, DC 20036
T 202-737-7777
pcipollone@steinmitchell.com
rgilmore@steinmitchell.com

3

Andrew N. Friedman
Douglas J. McNamara
Sally Handmaker
**COHEN MILSTEIN, SELLERS
& TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
T 202-408-4600
afriedman@cohenmilstein.com
dmcnamara@cohenmilstein.com
shandmaker@cohenmilstein.com

*Counsel for Plaintiffs in the Washburn Action*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using the Judicial Panel on Multidistrict Litigation's CM/ECF service, which will send notification of such filing to all counsel of record this 22nd day of September 2017.

/s/ Adam J. Levitt
Adam J. Levitt

***Counsel for Washburn Plaintiffs***