**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

**IN RE:**
EQUIFAX, INC., CONSUMER DATA SECURITY         MDL DOCKET NO. 2800
BREACH LITIGATION

**WITHDRAWAL OF DOCUMENT NO. 74 – NOTICE OF APPEARANCE OF
BRIAN D. FLICK, ESQ.**

  Brian D. Flick, Esq. hereby withdraws his Notice of Appearance on behalf of Plaintiffs Joshua Gerstein, *et al*., Doc. No. 74 filed on September 22nd, 2017. A corrected Notice of Appearance is being filed.

              Respectfully submitted,

              /s/<u>Brian D. Flick, Esq.</u>
              Brian D. Flick, Esq. #0081605
              DANNLAW
              PO Box 6031040
              Cleveland, OH 44103
              Phone: (216) 373-0539
              Facsimile: (216) 373-0536
              notices@dannlaw.com

**PROOF OF SERVICE**

  In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, the undersigned hereby certifies that on September 22nd, 2017, copies of the foregoing WITHDRAWAL OF DOCUMENT NO. will be provided to all counsel of record registered as CM/ECF users or by US Mail on those parties.

              Respectfully submitted,

              /s/<u>Brian D. Flick, Esq.</u>
              Brian D. Flick, Esq.
              DANNLAW