## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Pending Motion For Transfer was

served through the CM/ECF System on all counsel of record.

I further certify that I have mailed a copy of the response to the following non CM/ECF

participant:

Equifax, Inc.
c/o Shawn Baldwin, Registered Agent
1550 Peachtree Street NE
Atlanta, GA  30309

Date:   October 3, 2017                                /s/ *Charles E. Schaffer*
                                                       Charles E. Schaffer, Esquire