BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL No. 2800 |

**AMENDED CERTIFICATE OF SERVICE**

I, Wesley M. Mullen, hereby certify that on October 3, 2017 a true and correct copy of the foregoing Notice of Related Action was been served upon all counsel of record via electronic filing with the Judicial Panel on Multidistrict Litigation via the CM/ECF system, and by first class mail upon the parties listed below:

> Clerk of Court
> United States District Court
> Southern District of New York
> 500 Pearl Street
> New York, NY 10007

I further certify that on this day I served a true and correct copy of the foregoing Notice of Related Action by first class mail upon the following parties:

| | |
|---|---|
| Equifax, Inc.<br>c/o Shawn Baldwin, Agent<br>1550 Peachtree Street, NE<br>Atlanta, GA 30309 | Equifax Information Services LLC<br>c/o Shawn Baldwin, Agent<br>1550 Peachtree Street, NE<br>Atlanta, GA 30309 |

Dated:   New York, New York
         October 4, 2017

_____
Wesley M. Mullen