BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE:
EQUIFAX, INC., CONSUMER DATA   MDL DOCKET NO. 2800
SECURITY BREACH LITIGATION

### PLAINTIFFS MICHAEL AND MARILYN TOMLIN'S RESPONSE IN SUPPORT OF MOTION TO TRANSFER TO NORTHERN DISTRICT OF GEORGIA

Michael Tomlin and Marilyn Tomlin ("the Tomlins"), the Plaintiffs in *Tomlin v. Equifax Information Services LLC,* Case No. 2:17-cv-00158-WOB-CJS, have a civil action pending in the United States District Court for the Eastern District of Kentucky, Covington Division presently assigned to the Honorable William O. Bertlesman.

The *Tomlin* matter involves questions of fact and law common with the facts alleged in multiple petitions for consolidation to the Northern District of Georgia which have been filed in this proceeding including *Initial Motion to Transfer with Brief in Support filed by James McGonnigal, Brian F. Spector, Randolph Jefferson Cary III, William R. Porter and Robin D. Porter* filed on September 11th, 2017 (Doc. 1); *Second Motion to Transfer with Brief in Support filed by Joseph Kuss and Stacy Markowitz* filed on September 12th, 2017 (Doc. 10); and the *Third Motion to Transfer with Brief in Support filed by Plaintiff Barbara Hensley* filed on September 14th, 2017 (Doc. 19). In addition to the questions of fact and law common with Doc. 1, Doc. 10, and Doc. 19, the *Tomlin* matter is based on similar federal and statute statutes.

For the reasons set forth in the above referenced Motions to Transfer (Docs. 1, 10 and 19 respectively), the Tomlins hereby support consolidation of these cases to the Northern District of Georgia.

Respectfully submitted,

/s/Brian D. Flick, Esq.
Brian D. Flick, Esq. #0095244
DANNLAW

PO Box 6031040
Cleveland, OH 44103
Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 4th day of October 2017, service of *Plaintiffs Michael Tomlin and Marilyn Tomlin's Response in Support of Motion to Transfer* was accomplished pursuant to this Court's electronic filing procedures by filing this document through the ECF system and in compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation.

    Respectfully submitted,

    /s/Brian D. Flick, Esq.
    Brian D. Flick, Esq.
    DANNLAW