**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

IN RE:
EQUIFAX, INC., CONSUMER DATA                                    MDL DOCKET NO. 2800
SECURITY BREACH LITIGATION

**PLAINTIFFS JOSHUA GERSTEIN AND CHARLES STIMAC, JR.'S RESPONSE IN SUPPORT OF MOTION TO TRANSFER TO NORTHERN DISTRICT OF GEORGIA**

Joshua Gerstein and Charles Stimac, Jr. ("Mr. Gerstein" and "Mr. Stimac" respectively), the Plaintiffs in *Gerstein, et al. v. Equifax Information Services, LLC,* Case No. 1:17-cv-00593-MRB have a civil action pending in the United States District Court for the Southern District of Ohio Western Division at Cincinnati presently assigned to the Honorable Michael R. Barrett.

The *Gerstein* matter involves questions of fact and law common with the facts alleged in multiple petitions for consolidation to the Northern District of Georgia which have been filed in this proceeding including *Initial Motion to Transfer with Brief in Support filed by James McGonnigal, Brian F. Spector, Randolph Jefferson Cary III, William R. Porter and Robin D. Porter* filed on September 11th, 2017 (Doc. 1), and the *Second Motion to Transfer with Brief in Support filed by Joseph Kuss and Stacy Markowitz* filed on September 12th, 2017 (Doc. 10). In addition to the questions of fact and law common with Docs. 1 and 10, the *Gerstein* matter is based on similar federal and statute statutes.

In the underlying *Gerstein* matter, Defendant Equifax has filed a Notice of Appearance of Counsel and a Motion to Stay Proceedings or alternatively an Extension of Time to answer the *Gerstein* Complaint. The Motion was filed after Plaintiff's Counsel spoke with Defendant's Counsel who indicated Equifax's desire to support the Motions to Transfer before engaging in discovery and/or dispositive Motion practice that may be related to the Complaint. Given the *Gerstein* Plaintiffs are supporting the Motion to Transfer, this response does not prejudice the rights of Defendant in their extension/stay request.

For the reasons set forth in the above referenced Motions to Transfer (Docs. 1, and 10 respectively), Mr. Gerstein and Mr. Stimac hereby support consolidation of these cases to the Northern District of Georgia.

                                          Respectfully submitted,

                                          */s/*Marc E. Dann, Esq.
                                          Marc E. Dann (0039425)
                                          Brian D. Flick (0081605)
                                          DANNLAW
                                          PO Box 6031040
                                          Cleveland, OH 44103
                                          Phone: (216) 373-0539
                                          Facsimile: (216) 373-0536
                                          notices@dannlaw.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on this 5th day of October 2017, service of *Plaintiffs Joshua Gerstein and Charles Stimac, Jr.'s Response in Support of Motion to Transfer* was accomplished pursuant to this Court's electronic filing procedures by filing this document through the ECF system and in compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation.

                                         Respectfully submitted,

                                         */s/*Marc E. Dann, Esq.
                                         Marc E. Dann (0039425)
                                         Brian D. Flick (0081605)
                                         DANNLAW